795 A.2d 375

MOTORISTS MUTUAL INSURANCE COMPANY

v.

Holly Lynn PINKERTON, Paul R. Pinkerton, P.G. Publishing Company, Francis E. Pferdehirt, Mark R. Interthal, and National Union Fire Insurance Company,

Petition of Mark R. Interthal.

Supreme Court of Pennsylvania.

April 23, 2002.

*ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of April 2002, the Petition for Allowance of Appeal is hereby **GRANTED.**

It is further ordered that this matter be consolidated with *State Farm Fire and Casualty Co. v. Craley,* 28 MAP 2002; *Prudential Property and Casualty Insurance Co. v. Hasson,* 42 MAP 2002 and *Homestead Insurance Co. v. Penjerdel Refrigeration Co.,* 48 MAP 2002.